## STREET IMPROVEMENTS.

[Hamilton Circuit Court, June 8, 1898.]

### KNECHT v. Cincinnati (CITY.)

NOTICE TO ABUTTING PROPERTY OWNERS NECESSARY FOR STREET IMPROVEMENTS.

Notice to abutting property owners is necessary to give a municipality jurisdiction to levy an assessment for a street improvement.

The plaintiff in this case sought to set aside the assessment against his property for the improvement of Beeckman street on the ground that he received no notice of the intention to improve, and he had no knowledge of the actual improvement.

SWING, J.

The question raised in this case was determined in Schmidt v. Elmwood Place, 8 Ohio Circ. Dec., 113. And after hearing the argument in this case, and considering the authorities cited, we adhere to the ruling then made, and judgment will be entered in this case accordingly.

*Peck & Shafer*, for plaintiff.

*Corporation Counsel*, contra.